IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **Pueblo of Jemez**, <br><br> Plaintiff, <br><br> v. <br><br> **United States**, <br><br> Defendant. | Case No. 1:12-cv-800-RB-SMV |

## ORDER

Before the Court is the United States' motion for an extension of time to answer or otherwise respond to the complaint. Having considered the motion, and good cause being shown, the motion is hereby GRANTED. Defendant's answer is due on or before February 22, 2016.

SO ORDERED.

Date:   December 10, 2015           _____

United States Magistrate Judge

Submitted by:

 *s/ Kristofor R. Swanson*
KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
Senior Trial Attorney
Natural Resources Section

1

Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0248
Fax: (202) 305-0506
kristofor.swanson@usdoj.gov


Approved by:

*Approved via e-mail on 12/09/15*
Karl E. Johnson
Johnson Barnhouse & Keegan LLP
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
505-842-6123 ext. 103 (telephone)
505-938-9131 (direct line)
505-842-6124 (facsimile)
kjohnson@indiancountrylaw.com