IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PUEBLO OF JEMEZ,

        **Plaintiff,**

v.                                 **No. 12-cv-0800 RB/SMV**

UNITED STATES,

        **Defendant.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      March 9, 2016, at 9:30 a.m.

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **March 9, 2016, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

**IT IS SO ORDERED.**

                                                         _____

                                                         **STEPHAN M. VIDMAR**
                                                         **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.