IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PUEBLO OF JEMEZ,

        Plaintiff,

v.                                                            No. 12-cv-0800 RB/SMV

UNITED STATES,

        Defendant.

## ORDER SETTING STATUS CONFERENCE

**Date and time**:      April 20, 2016, at 1:30 p.m.

**Matter to be heard**:  Initial Disclosures deadline

At the request of the parties, a telephonic Status Conference is hereby set for April 20, 2016, at 1:30 p.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.