IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**PUEBLO OF JEMEZ,**

    Plaintiff,

v.    No. 12-cv-0800 RB/SMV

**UNITED STATES,**

    Defendant.

## REVISED INITIAL SCHEDULING ORDER

The Court held a telephonic status conference on April 20, 2016, during which the parties discussed upcoming discovery deadlines. The deadlines and Rule 16 Scheduling Conference set in the Initial Scheduling Order [Doc. 47] are hereby **VACATED**. The instructions in the Initial Scheduling Order otherwise remain in effect.

**IT IS THEREFORE ORDERED** that the new deadlines shall be as follows:

| | |
|---|---|
| **Joint Status Report filed by:** | June 24, 2016 |
| **Initial disclosures under Rule 26(a)(1):** | July 8, 2016 |
| **Telephonic Rule 16 Initial Scheduling Conference:** | August 19, 2016, 9:30 a.m. |

Parties shall call Judge Vidmar's "Meet Me" line at **505-348-2357** to be connected to the proceedings.[1]

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.