UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Before the Honorable William P. Lynch, United States Magistrate Judge

*Clerk's Minutes*

| | |
|---|---|
| **Case:** | Pueblo of Jemez v. United States of America |
| **Case No.:** | 12cv800 RB/WPL |
| **Date:** | October 18, 2016 |
| **Location:** | Telephonic |
| **Attorney for Plaintiff:** | Christina West |
| **Attorneys for Defendant:** | Peter Dykema and Matthew Marinelli |
| **Attorneys of Intervenor:** | Kirk Allen and Stephen Waller |
| **Clerk:** | mej |
| **Type of Proceeding:** | Initial Scheduling Conference |

*Proceedings Commenced:* 8:30 a.m.
*Court in Recess:* 8:57 a.m.
Total Time: **27 mins**

**Proceedings:** The Court complimented counsel on the thorough and thoughtful preparation of the JSR.

The parties had some disagreement as to the length of discovery. NMGC has reached some informal stipulations with the other parties and will not really be involved in discovery. Discovery and pretrial deadlines will be set in accordance with a forthcoming order.

The Court reminded the parties of their obligations under the Federal Rules of Civil Procedure.

A mid-discovery status conference will be set in a forthcoming order.

The Court explained its settlement conference procedure. A settlement conference will be set in accordance with a forthcoming order.