# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **PUEBLO OF JEMEZ**, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA**,<br><br>Defendant,<br><br>and<br><br>**NEW MEXICO GAS COMPANY**,<br><br>Defendant-in Intervention. | Case No. 1:12-cv-800 (RCB)(WPL) |

### STIPULATED ORDER VACATING THE SETTLEMENT CONFERENCE

Having considered the Plaintiff and Defendant's Joint Motion to Vacate the Settlement Conference and good cause being shown, the motion is hereby GRANTED.

IT IS SO ORDERED that the Settlement Conference scheduled for April 18, 2018 and all related deadlines contained in the October 20, 2016 Order Setting Settlement Conference (ECF No. 96) are hereby vacated to a date and time to be determined by the Court.

_____
WILLIAM P. LYNCH
United States Magistrate Judge

1

*Agreed to and Submitted by:*

JOHNSON BARNHOUSE & KEEGAN LLP

/s/ *Christina S. West*
Christina S. West
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
(505) 842-6123 (telephone)
(505) 842-6124 (facsimile)
cwest@indiancountrylaw.com
*Attorneys for Plaintiff*


*Agreed to by:*

JEFFREY H. WOOD
Acting Assistant Attorney General

*/s/ Peter Kryn Dykema*
PETER KRYN DYKEMA
(DC Bar No. 419349)
Senior Trial Attorney
Natural Resources Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0436
Fax: (202) 305-0506
Peter.dyekma@usdoj.gov
*Attorneys for the United States*