# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **PUBLO OF JEMEZ**, a federally recognized Indian tribe, ) ) | Case No. 1:12-cv-800 (RCB)(WPL) |
| Plaintiff, ) | |
| v. ) | |
| **UNITED STATES OF AMERICA**, ) Defendant, . ) | |
| and ) | |
| **NEW MEXICO GAS COMPANY**, ) Defendant-in Intervention. ) | |

### ORDER AMENDING SCHEDULING ORDER

Having considered the Plaintiff and Defendant's Joint Motion to Amend the Scheduling Orders and good cause being shown, the motion is hereby GRANTED IN PART.

IT IS SO ORDERED that the dates given in the October 18, 2016 Order Setting Pretrial Deadlines and Adopting Joint Status Report (ECF No. 94) are modified as follows.

| October 18, 2016 Order Setting Pretrial Deadlines and Adopting Joint Status Report (ECF No. 94) | | |
|---|---|---|
| **Event** | **Current Deadline** | **Revised Deadline** |
| Factual Discovery | June 16, 2017 | September 1, 2017 |
| Expert Witness Disclosure and Reports | September 15, 2016 | January 19, 2018 |
| Last Day to Serve Expert Discovery | November 9, 2017 | January 29, 2018 |
| Rebuttal Expert Reports | November 17, 2017 | February 16, 2018 |
| Last Day to Depose Experts | December 15, 2017 | March 16, 2018 |
| Pretrial Motions | January 12, 2018 | April 6, 2018 |

The parties will contact Judge Brack to discuss vacating and resetting the Pretrial Conference and the Trial, as necessary.

**IT IS SO ORDERED.**

_____
WILLIAM P. LYNCH
United States Magistrate Judge