# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **PUEBLO OF JEMEZ**, a federally recognized Indian tribe, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA**, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>**NEW MEXICO GAS COMPANY**, )<br>)<br>Defendant-in Intervention. )<br>_____) | Case No. 1:12-cv-800 (RCB)(WPL) |

### STIPULATED ORDER AMENDING SCHEDULING ORDERS

Having considered the Plaintiff and Defendant's Joint Motion to Amend the Scheduling Orders and good cause being shown, the motion is hereby GRANTED.

IT IS SO ORDERED that the dates given in the Court's October 18, 2016 Order Setting Pretrial Deadlines and Adopting Joint Status Report (ECF No. 94), the April 11, 2017 Order Amending Scheduling Order (ECF No. 124) and the Court's April 11, 2017 text only Set/Reset Scheduling Order Deadlines are modified as follows:

1

| October 18, 2016 Order Setting Pretrial Deadlines and Adopting Joint Status Report (ECF No. 94) and Order Amending Scheduling Order (ECR No. 124) | | |
| --- | --- | --- |
| **Event** | **Current Deadline** | **Revised Deadline** |
| Responses to Written Discovery Completed By: | September 1, 2017 | December 1, 2017 |
| Depositions of Fact Witnesses Completed By: | September 1, 2017 | January 31, 2018 |
| Expert Witness Disclosure and Reports | January 19, 2018 | March 2, 2018 |
| Last Day to Serve Expert Discovery | January 29, 2018 | March 16, 2018 |
| Rebuttal Expert Reports | February 16, 2018 | April 6, 2018 |
| Last Day to Depose Experts | March 16, 2018 | June 29, 2018 |
| Pretrial / Dispositive Motions | April 6, 2018 | July 27, 2018 |

**IT IS SO ORDERED.**

_____
WILLIAM P. LYNCH
United States Magistrate Judge

*Agreed to and Submitted by:*

JOHNSON BARNHOUSE & KEEGAN LLP

/s/ *Randolph H. Barnhouse*
Randolph H. Barnhouse
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
(505) 842-6123 (telephone)
(505) 842-6124 (facsimile)
cwest@indiancountrylaw.com
*Attorneys for Plaintiff*


*Agreed to by:*

JEFFREY H. WOOD
Acting Assistant Attorney General

*/s/ Peter Kryn Dykema*
PETER KRYN DYKEMA
(DC Bar No. 419349)
Senior Trial Attorney
Natural Resources Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0436
Fax: (202) 305-0506
Peter.dyekma@usdoj.gov
*Attorneys for the United States*