# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **PUEBLO OF JEMEZ**, a federally recognized Indian tribe,<br><br>    Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>    Defendant,<br><br>and<br><br>**NEW MEXICO GAS COMPANY**,<br><br>    Defendant-in Intervention. | Case No. 1:12-cv-800 (RB)(JHR)<br><br>**CERTIFICATE OF SERVICE** |

Plaintiff hereby certifies that on May 21, 2018, the rebuttal expert witness reports of Dr. Matthew Liebmann, Dr. LM Garcia y Griego, Dr. Klara Kelley, Dr. Veronica Tiller, and Dr. TJ Ferguson of Anthropological Research LLC, were served by electronic mail and a copy of this Certificate of Service was served on May 22, 2018, by electronic mail on the following counsel of record:

   Matthew Marinelli, Matthew.Marinelli@usdoj.gov
   Peter Dykema, Peter.Dykema@usdoj.gov
   Jacqueline Leonard, JLeonard@usdoj.gov
   *Attorneys for Defendant United States*

   Kirk R. Allen, kallen@mstlaw.com
   *Attorney for Defendant-in-Intervention NMGC*

1

2

Respectfully Submitted,

*/s/ Christina S. West*
Christina S. West
Randolph H. Barnhouse
Justin Solimon
Barnhouse Keegan Solimon & West LLP
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
Phone:  (505) 842-6123
Fax:  (505) 842-6124
cwest@indiancountrylaw.com
dbarnhouse@indiancountrylaw.com
jsolimon@indiancountrylaw.com

*Counsel for Plaintiff Pueblo of Jemez*