# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

PETE V. DOMENICI UNITED STATES COURTHOUSE
333 LOMAS BLVD., N.W., SUITE 660
ALBUQUERQUE, NEW MEXICO 87102
TELEPHONE: (505) 348-2280
FACSIMILE: (505) 348-2285



JAMES O. BROWNING
District Judge

June 6, 2018

**VIA CM/ECF**

Randolph H. Barnhouse
Christina S. West
Karl E. Johnson
Samuel D. Hough
Thomas E. Luebben , Jr.
Barnhouse, Keegan, Solimon & West, LLP
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107

Jacqueline M. Leonard
United States Department of Justice
601 D Street NW
Washington, DC 20004

Kristofor R. Swanson
Matthew Marinelli
United States Department of Justice
PO Box 7611
Washington, DC 20044

Peter Dykema
United States Department of Justice
601 D Street NW
Room 3148
Washington, DC 20004

Kenneth Rooney
United States Department of Justice
601 D St. NW
Room 3820
Washington, DC 20004

Kirk R. Allen
Stephen Bentley Waller
Miller Stratvert P.A.
500 Marquette NW, Suite 1100
Albuquerque, NM 87102

Re:  Pueblo of Jemez v. United States of America, No. CIV12-0800 JB/JHR

Counsel of Record:

I want to bring one matter to your attention.  I have, with my law clerks, reviewed the Judicial Code of Conduct and do not believe this matter requires me to recuse myself.  I want everyone, however, to be fully informed about and comfortable with my participation in the case.

Re:  Pueblo of Jemez v. United States of America, No. CIV12-0800 JB/JHR
June 6, 2018
Page 2

    From November, 1990, to December, 1992, I and my firm represented Shearson Lehman Brothers, Inc., in a suit that Jemez Pueblo brought against Dean Witter Reynolds, Inc., Scott R Grady, Shearson Lehman Brothers, Inc.  See Pueblo of Jemez v. Dean Witter Reynolds, Inc., No. CIV 90-1062.  The case ended in a settlement.  I have reviewed the Tenth Circuit opinion in your court case, and my prior case does not appear related in any way.

    I believe that I can be fair and impartial.  I see no reason to recuse myself.  If anyone objects, or has any questions, we can perhaps have a telephonic conference.  Please call my Courtroom Deputy Clerk, Carol Bevel (505-348-2289).  I have instructed Ms. Bevel not to tell me who may call.

    Best regards.

                               Sincerely,

                               James O. Browning
                               United States District Judge