# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **PUEBLO OF JEMEZ**, a federally recognized Indian tribe,<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA**,<br><br>Defendant,<br>and<br><br>**NEW MEXICO GAS COMPANY**,<br><br>Defendant-in Intervention. | Case No. 1:12-cv-800 (JB)(JHR)<br><br>**CERTIFICATE OF SERVICE** |

Plaintiff certifies that on June 11, 2018, Plaintiff's Notices of Deposition for Dr. Kurt F. Anschuetz, Dr. Terence Kehoe, Dr. Anastasia Steffen, Mr. Thomas Merlan, and Mr. Rory Gauthier, along with a copy of this Certificate of Service, were served electronically on the following counsel of record:

    Matthew Marinelli, Matthew.marinelli@usdoj.gov
    Peter Dykema, Peter.dykema@usdoj.gov
    Jacqueline Leonard, Jacqueline.leonard@usdoj.gov
    ***Attorneys for Defendant United States***

    Kirk R. Allen, kallen@mstlaw.com
    ***Attorney for Defendant-in-Intervention NMGC.***

2

Respectfully Submitted,

/s/ Christina S. West_____
Randolph H. Barnhouse
Christina S. West
Johnson Barnhouse & Keegan LLP
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
Phone:  (505) 842-6123
Fax:     (505) 842-6124
E-mail: rbarnhouse@indiancountrylaw.com
            cwest@indiancountrylaw.com

*Counsel for Plaintiff*