# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**PUEBLO OF JEMEZ**, a federally recognized Indian tribe,

Plaintiff,

v.

**UNITED STATES OF AMERICA**,

Defendant,

and

**NEW MEXICO GAS COMPANY**,

Defendant-in Intervention.

Case No. 1:12-cv-800 (JB)(JHR)

## PLAINTIFF'S AND DEFENDANT'S JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Pueblo of Jemez and Defendant United States of America jointly move the Court to modify pre-trial deadlines as set forth in the April 11, 2017 (ECF 125) and February 15, 2018 (ECF 187) Scheduling Orders. As grounds, the parties state: Due to the scheduling conflicts, the Parties will not be able to complete expert depositions until July 13, 2018. Some of the information obtained during expert depositions may be relevant to pre-trial motions, pre-trial orders, and dispositive motions. To allow the Parties to complete expert discovery and fully consider pre-trial motions, pre-trial orders, and dispositive motions, the Parties request that the Court modify the following pretrial deadlines as indicated below:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Deadline for Jemez to supplement interrogatory responses | June 27, 2018 | July 3, 2018 |
| Last Day to Depose Experts | June 29, 2018 (ECF 187) | July 13, 2018 |

| | | |
|---|---|---|
| Pretrial / Dispositive Motions | July 27, 2018 (ECF 187) | August 17, 2018 |
| Pre-trial order – Plaintiff to Defendants | July 13, 2018 (ECF 125) | August 24, 2018 |
| Pre-trial order – Defendants to Plaintiff | July 27, 2018 (ECF No. 125) | September 7, 2018 |
| Pre-trial conference * The previously assigned Judge set these conferences, and the status is uncertain. | August 24, 2018 (ECF 125) | Week of September 10, 2018 |
| Pre-trial conference* The previously assigned Judge set these conferences, and the status is uncertain. | September 28, 2018 (ECF 125) | September 28, 2018 (unchanged) |
| Witness Disclosure – "no witnesses except rebuttal witnesses whose testimony cannot be anticipated will be permitted to testify unless the name of the witness is furnished to the Court and opposing counsel no later than thirty (30) days prior to the time set for trial." | September 28, 2018 (ECF 125) | September 28, 2018 (unchanged) |
| Trial | October 29 through November 16, 2018 | October 29 through November 16, 2018 (unchanged) |

The parties agree that the settings for the final Pretrial Conference, witness disclosure, and the Trial date do not need to be modified, and therefore request that the same dates remain unchanged.

The undersigned are authorized to represent to the Court that Defendant in Intervention New Mexico Gas Company does not oppose the relief requested in this motion.

Respectfully submitted,

*/s/ Christina S. West*_____
Christina S. West
Randolph H. Barnhouse
Barnhouse Keegan Solimon & West LLP
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107

(505) 842-6123 (telephone)  
(505) 842-6124 (facsimile)  
cwest@indiancountrylaw.com  
dbarnhouse@indiancountrylaw.com  
*Counsel for Plaintiff*

*/s/ Jacqueline Leonard*_____  
PETER KRYN DYKEMA  
MATTHEW MARINELLI  
JACQUELINE LEONARD  
United States Department of Justice  
Environment & Natural Resources Division  
Natural Resources Section  
P.O. Box 7611  
Washington, DC 20044-7611  
Tel: (202) 305-0436  
Tel: (202) 305-0293  
Tel: (202) 305-0493  
Fax: (202) 305-0506  
Peter.dykema@usdoj.gov  
Matthew.marinelli@usdoj.gov  
Jacqueline.Leonard@usdoj.gov  
*Counsel for Defendant United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 27, 2018, I transmitted the foregoing document by electronic mail to counsel for the parties via ECF:

/s/ *Christina S. West*_____  
Christina S. West