# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **PUEBLO OF JEMEZ**, a federally recognized Indian tribe, | Case No. 1:12-cv-800 (JB)(JHR) |
| Plaintiff, | |
| v. | |
| **UNITED STATES OF AMERICA**, | **CERTIFICATE OF SERVICE** |
| Defendant, | |
| and | |
| **NEW MEXICO GAS COMPANY**, | |
| Defendant-in Intervention. | |

Plaintiff hereby certifies that on July 3, 2018, Plaintiff Pueblo of Jemez's Second Supplemental Answers and Objections to Defendant United States' Interrogatories, and a copy of this Certificate of Service were served electronically on the following counsel of record:

Matthew Marinelli, Matthew.Marinelli@usdoj.gov
Peter Dykema, Peter.Dykema@usdoj.gov
Jacqueline Leonard, Jacqueline.Leonard@usdoj.gov
*Attorneys for Defendant United States*

Kirk R. Allen, kallen@mstlaw.com
*Attorneys for Defendant-in-Intervention NMGC*

1

Respectfully Submitted,

*/s/ Christina S. West*
Christina S. West
Randolph H. Barnhouse
Barnhouse Keegan Solimon & West LLP
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
Phone: (505) 842-6123
Fax: (505) 842-6124
E-mail: cwest@indiancountrylaw.com
　　　　dbarnhouse@indiancountrylaw.com

*Counsel for Plaintiff*