IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 JUL 11 PM 2:28

CLERK-ALBUQUERQUE

**PUEBLO OF JEMEZ**, a federally
recognized Indian tribe,

        Plaintiff,

        No. CV 12-800 JB/JHR

v.

**UNITED STATES OF AMERICA**,

        Defendant,

and

**NEW MEXICO GAS COMPANY**,

        Defendant-in Intervention.

### STIPULATED ORDER AMENDING SCHEDULING ORDER

Having considered the Plaintiff and Defendant's Joint Motion to Amend the Scheduling Order and good cause being shown, the motion is hereby GRANTED.

IT IS SO ORDERED that the dates given in the April 11, 2017 (ECF 125) and February 15, 2018 (ECF 187) Scheduling Orders are modified as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Deadline for Jemez to supplement interrogatory responses | June 27, 2018 | July 3, 2018 |
| Last Day to Depose Experts | June 29, 2018 (ECF 187) | July 13, 2018 |
| Pretrial / Dispositive Motions | July 27, 2018 (ECF 187) | August 17, 2018 |
| Pre-trial order – Plaintiff to Defendants | July 13, 2018 (ECF 125) | August 24, 2018 |
| Pre-trial order – Defendants to Plaintiff | July 27, 2018 (ECF No. 125) | September 7, 2018 |
| Pre-trial conference | August 24, 2018 (ECF 125) | Week of September 10, 2018 |
| Pre-trial conference | September 28, 2018 (ECF 125) | September 28, 2018 (unchanged) |
| Witness Disclosure – "no witnesses except rebuttal witnesses whose testimony cannot be anticipated will be permitted to testify unless the name of the witness is furnished to the Court and opposing counsel no later than thirty (30) days prior to the time set for trial." | September 28, 2018 (ECF 125) | September 28, 2018 (unchanged) |
| Trial | October 29 through November 16, 2018 | October 29 through November 16, 2018 (unchanged) |

**IT IS SO ORDERED.**

_____
United States District Judge

*Agreed to and Submitted by:*

/s/ *Christina S. West*
Christina S. West
Randolph H. Barnhouse
Barnhouse Keegan Solimon & West LLP
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
(505) 842-6123 (telephone)
(505) 842-6124 (facsimile)
cwest@indiancountrylaw.com
*Attorneys for Plaintiff*


*Agreed to by:*

JEFFREY H. WOOD
Acting Assistant Attorney General

/s/ *Jacqueline Leonard via email 06/25/18*
Peter Kryn Dykema
Matthew Marinelli
Jacqueline Leonard
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0436
Tel: (202) 305-0293
Tel: (202) 305-0493
Fax: (202) 305-0506
Peter.dykema@usdoj.gov
Matthew.marinelli@usdoj.gov
Jacqueline.Leonard@usdoj.gov
*Counsel for Defendant United States*