# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **PUEBLO OF JEMEZ**, a federally recognized Indian tribe, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, <br><br> Defendant, <br><br> and <br><br> **NEW MEXICO GAS COMPANY**, <br><br> Defendant-in Intervention. | Case No. 1:12-cv-800(JB)(JHR) |

## NOTICE OF COMPLETION OF BRIEFING

JEFFREY WOOD
Acting Assistant Attorney General

PETER KRYN DYKEMA, DC Bar No. 419349
MATTHEW MARINELLI, IL Bar No. 6277967
JACQUELINE LEONARD, NY Bar No. 5020474
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P. O. Box 7611
Washington, D.C. 20044-7611
Dated: September 13, 2018

Briefing related to the United States' Motion for Summary Judgment, filed August 17, 2018 (ECF No. 232) is complete, and the Motion is ready for decision. As of the date of filing of this Notice, the following documents relating to the Motion have been filed by the Parties:

1. Federal Defendant United States' Motion for Summary Judgment, filed on August 17, 2018 (ECF No. 232);

2. Plaintiff Pueblo of Jemez's Response in Opposition to the United States' Motion for Summary Judgment, filed on August 31, 2018 (ECF No. 251); and

3. Federal Defendant United States' Reply in Support of its Motion for Summary Judgment, filed on September 13, 2018 (ECF No. 263).

Dated: September 13, 2018

        Respectfully Submitted,

        JEFFREY WOOD
        Acting Assistant Attorney General

        _/s/ Matthew Marinelli_
        PETER KRYN DYKEMA, DC Bar No. 419349
        MATTHEW MARINELLI, IL Bar No. 6277967
        JACQUELINE LEONARD, NY Bar No.5020474
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 7611
        Washington, DC 20044-7611
        Tel: (202) 305-0436
        Tel: (202) 305-0293
        Tel: (202) 305-0493
        Fax: (202) 305-0506
        Peter.dykema@usdoj.gov
        Matthew.marinelli@usdoj.gov
        Jacqueline.leonard@usdoj.gov

        *Attorneys for the United States*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties entitled to receive notice.

                  */s/ Jacqueline M. Leonard*
                  Jacqueline M. Leonard