# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable James O. Browning

**CASE NO.** CV-12-800 -JB-JFR          **DATE:** November 4, 2019

**TITLE:** *Pueblo of Jemez v. USA, et al.*

**COURTROOM CLERK:** J. Wright          **COURT REPORTER:**   J. Bean

**COURT IN SESSION:**   1:25PM-1:36PM          **TOTAL TIME:**  11 MINUTES

**TYPE OF PROCEEDING:**  Motion Hearing - Opposed MOTION to Continue (Doc 412) *November 6, 2019 Hearing*

**COURT RULING:**     COURT GRANTS THE MOTION.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**     **ATTORNEYS PRESENT FOR DEFENDANT(S):**

 Christina West                                            Thorpe
                                                                   Matt Marinelli
                                                                   Jacqueline Leonard
                                                                   Peter Dykema

**PROCEEDINGS:**

1:25PM     Court in session, counsel enter appearances telephonically.

1:28PM     Court proposes to grant the Motion to continue November 6 hearing.

1:30PM     Mr. Marinelli argues his motion; he agrees with continuance

1:30PM     Ms. West agrees with continuance.

1:30PM     Court states Ms. West has until November 22 to reply to the Government's response.

1:35PM     Court sets motions hearing 12/12/19 at 1:30 PM.

1:36PM     Court vacates November 6, 2019 hearing.

1:36PM     Counsel have nothing further.

1:36PMCourt in recess.

          `